FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2026

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADRIAN DE ALBA CASTREJON,<br><br>Petitioner,<br><br>v.<br><br>JULIO HERNANDEZ, Seattle Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE); BRENDA MCCLAIN, Field Office Director for Immigration and Customs Enforcement (ICE) Yakima Field Office; MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security; TODD BLANCHE, Acting United States Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondents. | No.  1:26-cv-03103-SAB<br><br>**ORDER GRANTING TEMPORARY RESTRAINING ORDER AND STAY OF REMOVAL** |

Before the Court is Petitioner's Emergency Motion for Temporary Restraining Order and Stay of Removal, ECF No. 1-10. Petitioner is represented by Stephen Curtis Robbins. Respondents have not been served.

Petitioner has been told that he will be detained and removed on June 2,

**ORDER GRANTING TEMPORARY RESTRAINING ORDER AND STAY OF REMOVAL # 1**

2026, unless he voluntarily departs the United States, and he now seeks a Temporary Restraining Order (TRO). The Count has reviewed the information submitted and finds that a TRO is appropriate under the applicable caselaw. *See Winter v. Nat. Res. Def. Council, Inc.,* 555 U.S. 7, 20 (2008) ("A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest").

Here, Petitioner has a strong likelihood of success because his doctors warn that his transport, detainment, or removal would result in acute respiratory failure and death, which means any agency action taken against Petitioner would constitute a deliberate indifference to medical needs. Such agency action would be unconstitutional and demonstrates the irreparable harm Petitioner is facing absent preliminary relief by this Court. The equities of this matter also weigh in favor of Petitioner because his very life is at stake in this matter. Finally, the public interest weighs in favor of preventing foreseeable death, particularly where Petitioner contends that he is trying to leave the country voluntarily but has encountered challenges in making travel arrangements that account for his medical needs.

Accordingly, **IT IS HEREBY ORDERED**:

1. In light of the immediacy of the harm to Petitioner before an opportunity for review of the case on the merits takes place, Petitioner's Motion for a Stay of Removal is **GRANTED**, and Petitioner's removal is **STAYED** until further order of the Court.

2. In light of the immediacy of the harm to Petitioner before an opportunity for review of the case on the merits takes place, Petitioner's Motion for a Temporary Restraining Order is **GRANTED**.

3. Respondents and all of their respective officers, agents, servants,

**ORDER GRANTING TEMPORARY RESTRAINING ORDER AND STAY OF REMOVAL # 2**

employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined and restrained from:

1) Arresting or detaining Petitioner

2) Removing, transporting, or attempting to remove Petitioner from the United States; AND

3) Transporting Petitioner to any detention facility, staging facility, airport, or border location for removal.

4.    A preliminary injunction hearing is **SET** for **June 17, 2026, at 1:00 p.m. by video**. Court staff will contact the parties prior to the hearing with login information.

5.    Petitioner shall serve Respondents as soon as possible and provide them with a copy of this Order.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to Plaintiff, as well as Respondents once they have been served.

**DATED** this 1st day of June 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING TEMPORARY RESTRAINING ORDER AND STAY OF REMOVAL # 3**