FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ADRIAN DE ALBA CASTREJON,

     Petitioner,

     v.

JULIO HERNANDEZ, Seattle Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE); BRENDA MCCLAIN, Field Office Director for Immigration and Customs Enforcement (ICE) Yakima Field Office; MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security; TODD BLANCHE, Acting United States Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

     Respondents.

No.  1:26-CV-03103-SAB

**ORDER SETTING BRIEFING SCHEDULE**

Before the Court is the parties' Joint Motion to Continue Preliminary Injunction Hearing, ECF No. 8. Petitioner is represented by Stephen Curtis

**ORDER SETTING BRIEFING SCHEDULE** #1

Robbins. Respondents are represented by John T. Drake and Molly Smith. The motion was considered without oral argument.

The parties move the Court to continue the preliminary injunction hearing and set a briefing schedule in this matter. Good cause exists to grant the motion.

Accordingly, **IT IS ORDERED**:

1.    The parties' Joint Motion to Continue Preliminary Injunction Hearing, ECF No. 8, is **GRANTED**.

2.    The motion hearing set for June 17, 2026, is **STRICKEN and RESET to September 16, 2026, at 10:00 a.m. in Yakima, Washington.**

3.    Petitioner shall file the motion for preliminary injunction **on or before July 3, 2026.**

4.    Respondents shall file any Response on or before **July 24, 2026**.

5.    Petitioner shall file any Reply on or before **August 7, 2026**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 16th day of June 2026.



Stan Bastian
Chief United States District Judge

**ORDER SETTING BRIEFING SCHEDULE #2**